IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PICSEL (RESEARCH) LTD. and<br>PICSEL TECHNOLOGIES LTD., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. |
| APPLE INC. | )<br>) | **JURY TRIAL DEMANDED** |
| Defendant. | )<br>) | |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, notice is hereby given that Plaintiff Picsel (Research) Ltd. is a wholly-owned subsidiary of Picsel (Group) Ltd. No publicly held company owns 10% or more of the stock of Picsel (Group) Ltd.

Notice is hereby given that Plaintiff Picsel Technologies Ltd. is a wholly-owned subsidiary of Picsel (Group) Ltd. No publicly held company owns 10% or more of the stock of Picsel (Group) Ltd.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market St.
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
*Attorney for Plaintiffs Picsel (Research) Ltd. and Picsel Technologies Ltd.*

OF COUNSEL:

Richard D. Rochford
NIXON PEABODY LLP
Suite 1100
Clinton Square
Rochester, New York 14604
(585) 263-1000

Russell J. Genet
NIXON PEABODY LLP
161 North Clark Street
48th Floor
Chicago, IL 60601-3213
(312) 425-3900

February 13, 2009

2729618