IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PICSEL (RESEARCH) LTD. and<br>PICSEL TECHNOLOGIES LTD., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 09-100 (SLR) |
| v. | )<br>) | |
| APPLE, INC., | ) | |
| Defendant. | ) | |

## NOTICE OF CHANGE OF ADDRESS FOR THE
## LAW FIRM OF NIXON PEABODY LLP

PLEASE TAKE NOTICE that effective June 1, 2009, the address of NIXON PEABODY LLP, counsel of record for plaintiffs Picsel (Research) Ltd. and Picsel Technologies Ltd. will be: 300 S. Riverside Plaza, 16th Floor, Chicago, IL 60606-6613. The telephone and facsimile numbers and e-mail addresses of the firm will remain the same.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

*Of Counsel*:

Richard D. Rochford
NIXON PEABODY LLP
Suite 1100
Clinton Square
Rochester, NY 14604
(585) 263-1000

Russell J. Genet
NIXON PEABODY LLP
300 S. Riverside Plaza
16th Floor
Chicago, IL 60606-6613
(312) 425-3900

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorney for Plaintiffs Picsel (Research) Ltd.
and Picsel Technologies Ltd.*

June 1, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Thomas L. Halkowski, Esquire
> FISH & RICHARDSON P.C.

I further certify that I caused to be served copies of the foregoing document on June 1, 2009 upon the following in the manner indicated:

| | |
|---|---|
| Thomas L. Halkowski, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue<br>17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)