IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PICSEL (RESEARCH) LTD. and<br>PICSEL TECHNOLOGIES LTD.,<br><br>        Plaintiffs,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | C.A. No. 09-100-SLR |

## **STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that: Defendant Apple, Inc.'s time to answer, move against or otherwise respond to the Complaint in this action shall be extended to and including July 8, 2009.

DATED: June 2, 2009

| | |
|---|---|
| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Thomas L. Halkowski* | /s/ *Julia Heaney* |
| Thomas L. Halkowski (#4099)<br>222 Delaware Avenue, 17th floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>halkowski@fr.com<br>(302) 652-5070 | Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>(302) 658-9200 |
| Attorneys for Defendant<br>APPLE, INC. | Attorneys for Plaintiffs<br>PICSEL (RESEARCH) LTD., AND<br>PICSEL TECHNOLOGIES, LTD. |

**SO ORDERED** this _____ day of June 2009.

---

HONORABLE SUE L. ROBINSON
United States District Judge

80079665.doc