IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PICSEL (RESEARCH) LTD. and PICSEL TECHNOLOGIES LTD., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>APPLE, INC., <br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 09-100 (SLR)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Richard D. Rochford of NIXON PEABODY LLP, Suite 1100, Clinton Square, Rochester, NY 14604 and Russell J. Genet of NIXON PEABODY LLP, 300 S. Riverside Plaza, 16th Floor, Chicago, IL 60606-6613 to represent plaintiffs Picsel (Research) Ltd. and Picsel Technologies Ltd. in this matter.

　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　/s/ Jack B. Blumenfeld
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Jack B. Blumenfeld (#1014)
　　　　　　　　　　　　　　　　Julia Heaney (#3052)
　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　P. O. Box 1347
　　　　　　　　　　　　　　　　Wilmington, DE 19899-1347
　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　jblumenfeld@mnat.com
　　　　　　　　　　　　　　　　jheaney@mnat.com

　　　　　　　　　　　　　　　　*Attorney for Plaintiffs Picsel (Research) Ltd. and*
　　　　　　　　　　　　　　　　*Picsel Technologies Ltd.*

June 3, 2009

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Richard D. Rochford and Russell J. Genet is granted.

Dated: _____     _____
                                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 6/3/09

Richard D. Rochford
NIXON PEABODY LLP
Suite 1100
Clinton Square
Rochester, NY 14604
(585) 263-1000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 6/3/2009

Russell J. Genet
NIXON PEABODY LLP
300 S. Riverside Plaza
16th Floor
Chicago, IL 60606-6613
(312) 425-3900

# CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2009 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Thomas L. Halkowski, Esquire
> FISH & RICHARDSON P.C.

I further certify that I caused to be served copies of the foregoing document on June 3, 2009 upon the following in the manner indicated:

| | |
|---|---|
| Thomas L. Halkowski, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue<br>17th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)