| | | |
|---|---|---|
| ◆ AO 120 (Rev. 3/04) | | |
| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____Delaware____ on the following   X  Patents or  ☐  Trademarks:

| DOCKET NO.<br>09cv100 | DATE FILED<br>2/13/09 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Picsel (Research) Ltd. And Picsel Technologies Ltd. | | DEFENDANT<br><br>Apple Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,009,626 B2 | 3/7/06 | Picsel Technologies Limited |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Case closed per D.I. 11 (attached.) |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*Nicole Fasano* | DATE<br>7/20/09 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PICSEL (RESEARCH) LTD. and PICSEL TECHNOLOGIES LTD., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 09-100 (SLR) |
| v. | ) ) | |
| APPLE, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1), this action is dismissed without prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorney for Plaintiffs Picsel (Research) Ltd. and Picsel Technologies Ltd.*

OF COUNSEL:

Richard D. Rochford
NIXON PEABODY LLP
Suite 1100
Clinton Square
Rochester, NY 14604
(585) 263-1000

Russell J. Genet
NIXON PEABODY LLP
161 North Clark Street
48th Floor
Chicago, IL 60601-3213
(312) 425-3900

July 16, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2009 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Thomas L. Halkowski, Esquire
> FISH & RICHARDSON P.C.

I further certify that I caused to be served copies of the foregoing document on July 16, 2009 upon the following in the manner indicated:

Thomas L. Halkowski, Esquire *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)